# UNITED STATES COURT *of* APPEALS *for the* THIRD CIRCUIT / REQUIREMENTS for BRIEFS

## CONTENT of BRIEFS

### CORPORATE DISCLOUSRE STATEMENT

See F.R.A.P. 26.1(b)

### TABLES

1. Table of Contents
2. Table of Citations (**See 3rd Cir. L.A.R. 28.3**)

### STATEMENTS & SUMMARIES

1. *Subject Matter & Appellate Jurisdiction
2. *Issues
3. *Related Cases and Proceedings
4. *Concise Statement of the Case setting out the following:
   a. Relevant facts
   b. Procedural history
   c. Rulings presented for review
5. Summary of Argument

*Optional in Appellee/Respondent brief unless dissatisfied with statements of Appellant/Petitioner

### ARGUMENT

1. Argument with each issue prefaced by its Standard or Scope of Review (See 3rd Cir. L.A.R. 28.1(b))
2. Conclusion
3. Signatures of Counsel of Record. **An attorney from each listed office must file an Entry of Appearance.**

### COMBINED CERTIFICATIONS

1. Bar Membership
2. Word Count
3. Service if required by F.R.A.P. 25(d)
4. Identical Compliance of Briefs
5. Virus check

### ATTACHMENTS to BRIEFS

1. Attaching Volume I of Appendix to Appellant/ Petitioner Brief is preferred by the Court. It should include only:
   a. Notice of Appeal or Petition for Review
   b. Order being appealed
   c. Opinion under review
   d. Order granting Certificate of Appealability where applicable
2. Statutes, Rules, Regulations or Unpublished Opinions if not readily available

## FORM of BRIEFS

### COVER

1. Color of Front & Back Covers – **NLRB cases should follow 1st, 2nd and 4th Steps.**
   a. Appellant/Petitioner or 1st Step – **Blue**
   b. Appellee/Respondent or 2nd Step – **Red**
   c. 3rd Step – **Yellow** (Cross-Appeals)
   d. Appellant/Petitioner Reply or 4th Step – **Gray**
   e. Amicus/Intervenor – **Green**
   f. Supplemental – **Tan**
2. Content of Front Cover
   a. Name of Court
   b. Appellate Docket Number(s)
   c. Official Court Caption
   d. Nature of Proceeding
   e. Title of Document
   f. Name(s) & Address(s) of Counsel of Record.

### BODY/TEXT of BRIEF

1. 8 ½ " x 11" opaque paper with clear black image with 1" margins
2. Double spaced text (quotations over 2 lines may be indented and single spaced; headings and footnotes may be single spaced)
3. Only one side of the paper may be used. (See F.R.A.P. 32(a)(1)(A))
4. †Length: **a.** Principal & Intervenor briefs – 30 pages / 13,000 words / 1,300 *lines, **b.** Reply & Amicus briefs – 15 pages / 6,500 words / 650 *lines, **c.** 2nd Step Cross-Appeal Brief – 35 pages / 15,300 words / 1,500 *lines
5. Font: **a.** Proportional (14 pt. with serifs), **b.** Monospaced (10 ½ cpi)

† A certification of word or line count must be included. Tables, certifications and addenda do not count toward the word or line limitation.

*Monospaced text

### BINDING

Firmly bound at the left margin. Metal fasteners must be covered. Velo or spiral binding acceptable.

## ADDITIONAL INFORMATION

### ELECTRONIC BRIEFS

1. Brief Template – Tool to download a brief template in Microsoft Word.
2. The brief must be in a PDF text format. (**See 3rd Cir. L.A.R. 113.3(b)**).
3. The brief must contain an electronic signature or **s/ first name last name**.
4. Seven (7) identical hard copies of the brief must be delivered to the Clerk's Office within 5 days of the electronic filing. See Order. **N.B. Only one (1) hard copy is required for Redacted briefs. Hard copies of Proof briefs are NOT required.**

### TIME TO FILE & SERVE

- Civil/Agency Case – See F.R.A.P. 31(a)
- Civil/Agency Cross-Appeal – See F.R.A.P. 28.1(f)
- Direct Criminal Cases – deadlines set by Briefing and Scheduling Order

**For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.**

Federal Rules of Appellate Procedure and Local Appellate Rules are accessible under Rules & Procedures via the Third Circuit website.

**Rules regarding redaction:**

Fed. R. App. P. 25(a)(5)
Fed. R. Civ. P. 5.2
Fed. R. Crim. P. 49.1
Fed. R. Bankr. P. 9037