UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. *25-2026*

CELEBRITY OF SPRINGFIELD LLC,
Appellant

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; ADMINISTRATOR UNITED STATES SMALL BUSINESS ADMINISTRATION

(D.N.J. No. 2:23-cv-01720)

Present: HARDIMAN, BIBAS and RENDELL, *Circuit Judges*

1. Unopposed Motion by Appellees to unseal pages 51-57 of the administrative record and continue to hold page 58 of the administrative record under seal.

Respectfully,
Clerk/pdb

ORDER

The foregoing Motion is GRANTED. Pages 51–57 of the Administrative Record, AR 51–57, shall be unsealed and page 58 of the Administrative Record, AR 58, shall remain sealed.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: September 18, 2026
Tmm/cc: All Counsel of Record